In the Matter of the Application of H. KOEHLER & COMPANY, Appellant, for a Peremptory Writ of Mandamus against MAYNARD N. CLEMENT, as Commissioner of Excise of the State of New York, Respondent.

*Matter of Koehler & Co.* v. *Clement,* 125 App. Div. 886, reversed.
(Argued September 29, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 22, 1908, which affirmed an order of Special Term denying an application for a peremptory writ of mandamus to compel the defendant to issue an order for the payment of a rebate on a surrendered liquor tax certificate.

*Charles Goldzier* for appellant.

*Herbert H. Kellogg* for respondent.

Order reversed, and motion for peremptory writ of mandamus granted on the authority of *People* v. *Fabian* (192 N. Y. 443), with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

In the Matter of the Probate of the Will of HENRY L. GRIFFIN, Deceased.

EDWARD L. GRIFFIN, Appellant; WILLIAM W. GRIFFIN et al., Respondents.

*Matter of Griffin,* 126 App. Div. 936, affirmed.
(Argued September 29, 1908; decided October 13, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1908, which affirmed a decree of the Suffolk County Surrogate's Court admitting to probate a paper propounded as the last will and codicil of Henry L. Griffin, deceased.

*Marvin Emory Parrott* for appellant.

*Timothy M. Griffing* and *Thomas Young* for respondents.

Order affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER J. HEFFERNAN, Respondent, *v.* JACOB H. DEALY, as Mayor of the City of Amsterdam, Appellant.

*People ex rel. Heffernan* v. *Dealy*, 127 App. Div. 933, affirmed.
(Argued September 29, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 26, 1908, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to sign a certain warrant on the city treasurer in favor of relator.

*A. M. Mills* and *J. H. Dealy* for appellant.

*Charles S. Nisbet* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

In the Matter of CLARKE W. DUNLOP, an Incompetent Person.

ELIZA C. DUNLOP, Individually and as Executrix Named in the Will of CLARKE W. DUNLOP, Deceased, Appellant; GERTRUDE R. HAWES et al., Respondents.

*Matter of Dunlop*, 126 App. Div. 914, appeal dismissed.
(Argued September 29, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May